# EXHIBIT A

| Domain | Registered File Name | Sixt Screen Shot | CR Registration No | Reg. Date |
|---|---|---|---|---|
| www.sixt.com | buick_13encore1a_angularfront | CIF-RCI_Sixt_GU | VA2146435 | 2019-04-10 |
| www.sixt.com | cadillac_15escaladeesv4a_angularfront | CIF-RCI_Sixt_Screen Shot 2020-02-13 at 6.34.20 PM | VA2146447 | 2019-04-10 |
| www.sixt.com | cadillac_16ctsluxurysa3a_angularfront | CIF-RCI_Sixt_Screen Shot 2020-02-13 at 2.08.32 PM | VA2146394 | 2019-04-10 |
| www.sixt.com | cadillac_16ctsluxurysa3a_angularfront | CIF-RCI_Sixt_Screen Shot 2020-02-13 at 2.08.59 PM | VA2146394 | 2019-04-10 |
| www.sixt.com | cadillac_18xt5platinum4wdod1a_angularfro | CIF-RCI_Sixt_Screen Shot 2020-02-13 at 6.34.20 PM | VA2111499 | 2017-10-03 |
| www.sixt.com | cadillac_18xt5platinum4wdod1a_angularfro | CIF-RCI_Sixt_Screen Shot 2020-02-13 at 6.34.58 PM | VA2111499 | 2017-10-03 |
| www.sixt.com | cadillac_18xtsluxurysa1fa_angularfront | CIF-RCI_Sixt_Dallas | VA2164962 | 2019-08-02 |
| www.sixt.com | cadillac_18xtsluxurysa1fa_angularfront | CIF-RCI_Sixt_IAD | VA2164962 | 2019-08-02 |
| www.sixt.com | cadillac_18xtsluxurysa1fa_angularfront | CIF-RCI_Sixt_Las Vegas | VA2164962 | 2019-08-02 |
| www.sixt.com | cadillac_18xtsluxurysa1fa_angularfront | CIF-RCI_Sixt_LAX | VA2164962 | 2019-08-02 |
| www.sixt.com | cadillac_18xtsluxurysa1fa_angularfront | CIF-RCI_Sixt_MCO | VA2164962 | 2019-08-02 |
| www.sixt.com | cadillac_18xtsluxurysa1fa_angularfront | CIF-RCI_Sixt_MIA | VA2164962 | 2019-08-02 |
| www.sixt.com | cadillac_18xtsluxurysa1fa_angularfront | CIF-RCI_Sixt_OAK | VA2164962 | 2019-08-02 |
| www.sixt.com | cadillac_18xtsluxurysa1fa_angularfront | CIF-RCI_Sixt_ORD | VA2164962 | 2019-08-02 |
| www.sixt.com | cadillac_18xtsluxurysa1fa_angularfront | CIF-RCI_Sixt_PDX | VA2164962 | 2019-08-02 |
| www.sixt.com | cadillac_18xtsluxurysa1fa_angularfront | CIF-RCI_Sixt_Washington Dulles Airport | VA2164962 | 2019-08-02 |
| www.sixt.com | cadillac_18xtsluxurysa1fa_angularfront | CIF-RCI_Sixt_Screen Shot 2020-02-06 at 9.45.23 PM | VA2164962 | 2019-08-02 |
| www.sixt.com | cadillac_18xtsluxurysa1fa_angularfront | CIF-RCI_Sixt_Screen Shot 2020-02-06 at 9.45.41 PM | VA2164962 | 2019-08-02 |
| www.sixt.com | cadillac_18xtsluxurysa1fa_angularfront | CIF-RCI_Sixt_Screen Shot 2020-02-06 at 9.45.51 PM | VA2164962 | 2019-08-02 |
| www.sixt.com | cadillac_18xtsluxurysa1fa_angularfront | CIF-RCI_Sixt_Screen Shot 2020-02-06 at 9.46.06 PM | VA2164962 | 2019-08-02 |
| www.sixt.com | chrysler_07townandcountry_angularfront | CIF-RCI_Sixt_Screen Shot 2020-02-13 at 5.45.01 PM | VA2177914 | 2019-11-01 |
| www.sixt.com | dodge_15durangolimited3a_angularfront | CIF-RCI_Sixt_Screen Shot 2020-02-13 at 4.05.21 PM | VA2112386 | 2017-09-26 |
| www.sixt.com | dodge_15durangolimited3a_angularfront | CIF-RCI_Sixt_Screen Shot 2020-02-13 at 4.05.32 PM | VA2112386 | 2017-09-26 |
| www.sixt.com | fiat_09500hatchback_2b_angularfront | CIF-RCI_Sixt_BA | VA2103677 | 2018-05-22 |
| www.sixt.com | fiat_09500hatchback_2b_angularfront | CIF-RCI_Sixt_CDG | VA2103677 | 2018-05-22 |
| www.sixt.com | fiat_09500hatchback_2b_angularfront | CIF-RCI_Sixt_CS | VA2103677 | 2018-05-22 |
| www.sixt.com | fiat_09500hatchback_2b_angularfront | CIF-RCI_Sixt_DK | VA2103677 | 2018-05-22 |
| www.sixt.com | fiat_09500hatchback_2b_angularfront | CIF-RCI_Sixt_FCO | VA2103677 | 2018-05-22 |
| www.sixt.com | fiat_09500hatchback_2b_angularfront | CIF-RCI_Sixt_FEZ | VA2103677 | 2018-05-22 |
| www.sixt.com | fiat_09500hatchback_2b_angularfront | CIF-RCI_Sixt_FR | VA2103677 | 2018-05-22 |
| www.sixt.com | fiat_09500hatchback_2b_angularfront | CIF-RCI_Sixt_LT | VA2103677 | 2018-05-22 |
| www.sixt.com | fiat_09500hatchback_2b_angularfront | CIF-RCI_Sixt_NCE | VA2103677 | 2018-05-22 |
| www.sixt.com | fiat_09500hatchback_2b_angularfront | CIF-RCI_Sixt_PL | VA2103677 | 2018-05-22 |
| www.sixt.com | fiat_09500hatchback_2b_angularfront | CIF-RCI_Sixt_TRN | VA2103677 | 2018-05-22 |
| www.sixt.com | fiat_09500hatchback_2b_angularfront | CIF-RCI_Sixt_VAF | VA2103677 | 2018-05-22 |
| www.sixt.com | fiat_09500hatchback_2b_angularfront | CIF-RCI_Sixt_IMG_5387 | VA2103677 | 2018-05-22 |
| www.sixt.com | fiat_09500hatchback_2b_angularfront | CIF-RCI_Sixt_IMG_5388 | VA2103677 | 2018-05-22 |
| www.sixt.com | fiat_09500hatchback_2b_angularfront | CIF-RCI_Sixt_Screen Shot 2020-02-13 at 3.57.58 PM | VA2103677 | 2018-05-22 |
| www.sixt.com | fiat_12500cconvertible2b_angularfront | CIF-RCI_Sixt_AT | VA2103207 | 2018-05-18 |
| www.sixt.com | fiat_12500cconvertible2b_angularfront | CIF-RCI_Sixt_DK | VA2103207 | 2018-05-18 |
| www.sixt.com | fiat_12500cconvertible2b_angularfront | CIF-RCI_Sixt_GR | VA2103207 | 2018-05-18 |
| www.sixt.com | fiat_12500cconvertible2b_angularfront | CIF-RCI_Sixt_GR | VA2103207 | 2018-05-18 |
| www.sixt.com | fiat_12500cconvertible2b_angularfront | CIF-RCI_Sixt_Screen Shot 2020-02-13 at 3.57.46 PM | VA2103207 | 2018-05-18 |
| www.sixt.com | honda_15fit2a_angularfront | CIF-RCI_Sixt_JP | VA2103204 | 2018-05-18 |
| www.sixt.com | honda_15fit2a_angularfront | CIF-RCI_Sixt_JP | VA2103204 | 2018-05-18 |
| www.sixt.com | honda_15fit2a_angularfront | CIF-RCI_Sixt_NRT | VA2103204 | 2018-05-18 |
| www.sixt.com | honda_15fit2a_angularfront | CIF-RCI_Sixt_SG | VA2103204 | 2018-05-18 |
| www.sixt.com | hyundai_15sonataltd6a_angularfront | CIF-RCI_Sixt_KR | VA2103204 | 2018-05-18 |
| www.sixt.com | hyundai_15sonataltd6a_angularfront | CIF-RCI_Sixt_LK | VA2103204 | 2018-05-18 |
| www.sixt.com | hyundai_15sonataltd6a_angularfront | CIF-RCI_Sixt_Screen Shot 2020-02-13 at 4.01.43 PM | VA2103204 | 2018-05-18 |
| www.sixt.com | nissan_12versasvsedan2a_angularfront | CIF-RCI_Sixt_AR | VA2103677 | 2018-05-22 |
| www.sixt.com | nissan_12versasvsedan2a_angularfront | CIF-RCI_Sixt_BOG | VA2103677 | 2018-05-22 |
| www.sixt.com | nissan_12versasvsedan2a_angularfront | CIF-RCI_Sixt_BOG | VA2103677 | 2018-05-22 |
| www.sixt.com | nissan_12versasvsedan2a_angularfront | CIF-RCI_Sixt_CO | VA2103677 | 2018-05-22 |
| www.sixt.com | nissan_12versasvsedan2a_angularfront | CIF-RCI_Sixt_CO | VA2103677 | 2018-05-22 |

Exhibit A

10

| | | | | |
|---|---|---|---|---|
| www.sixt.com | nissan_12versasvsedan2a_angularfront | CIF-RCI_Sixt_MX | VA2103677 | 2018-05-22 |
| www.sixt.com | nissan_12versasvsedan2a_angularfront | CIF-RCI_Sixt_NI | VA2103677 | 2018-05-22 |
| www.sixt.com | nissan_12versasvsedan2a_angularfront | CIF-RCI_Sixt_PER | VA2103677 | 2018-05-22 |
| www.sixt.com | nissan_12versasvsedan2a_angularfront | CIF-RCI_Sixt_PER | VA2103677 | 2018-05-22 |
| www.sixt.com | nissan_12versasvsedan2a_angularfront | CIF-RCI_Sixt_PR | VA2103677 | 2018-05-22 |
| www.sixt.com | nissan_12versasvsedan2a_angularfront | CIF-RCI_Sixt_SJU | VA2103677 | 2018-05-22 |
| www.sixt.com | nissan_12versasvsedan2a_angularfront | CIF-RCI_Sixt_TT | VA2103677 | 2018-05-22 |
| www.sixt.com | nissan_12versasvsedan2a_angularfront | CIF-RCI_Sixt_UY | VA2103677 | 2018-05-22 |
| www.sixt.com | nissan_13pathfindersl4a_angularfront | CIF-RCI_Sixt_AM | VA2103205 | 2018-05-18 |
| www.sixt.com | nissan_13pathfindersl4a_angularfront | CIF-RCI_Sixt_AO | VA2103205 | 2018-05-18 |
| www.sixt.com | ram_181500bighorncrew4fa_angularfront | CIF-RCI_Sixt_FLL | VA2164962 | 2019-08-02 |
| www.sixt.com | ram_181500bighorncrew4fa_angularfront | CIF-RCI_Sixt_DEN | VA2164962 | 2019-08-02 |
| www.sixt.com | ram_181500bighorncrew4fa_angularfront | CIF-RCI_Sixt_DFW | VA2164962 | 2019-08-02 |
| www.sixt.com | ram_181500bighorncrew4fa_angularfront | CIF-RCI_Sixt_PR | VA2164962 | 2019-08-02 |
| www.sixt.com | ram_181500bighorncrew4fa_angularfront | CIF-RCI_Sixt_SAN | VA2164962 | 2019-08-02 |
| www.sixt.com | ram_181500bighorncrew4fa_angularfront | CIF-RCI_Sixt_SJU | VA2164962 | 2019-08-02 |
| www.sixt.com | ram_181500bighorncrew4fa_angularfront | CIF-RCI_Sixt_US | VA2164962 | 2019-08-02 |
| www.sixt.com | toyota_12venzaxlehb1a_angularfront | CIF-RCI_Sixt_Screen Shot 2020-02-13 at 2.12.05 PM | VA2103207 | 2018-05-18 |
| www.sixt.com | toyota_12yarisle3door3a_angularfront | CIF-RCI_Sixt_IR | VA2103677 | 2018-05-22 |
| www.sixt.com | toyota_16priustwo4a_angularfront | CIF-RCI_Sixt_JP | VA2103208 | 2018-05-18 |
| www.sixt.com | toyota_16priustwo4a_angularfront | CIF-RCI_Sixt_NRT | VA2103208 | 2018-05-18 |
| www.sixt.com | toyota_16priustwo4a_angularfront | CIF-RCI_Sixt_SG | VA2103208 | 2018-05-18 |
| www.instagram.com/sixtus | ford_16mustangv6ca6a_angularfront | Screen Shot 2020-10-05 at 12.48.32 PM | VA2145394 | 2019-04-10 |
| twitter.com/SixtUSA | bmw_17740isa6u_angularfront | CIF-RCI_Sixt_Screen Shot 2020-02-13 at 6.18.12 PM | VA2112386 | 2017-09-26 |
| twitter.com/SixtUSA | cadillac_15escaladeesv4a_angularfront | CIF-RCI_Sixt_Screen Shot 2020-02-13 at 6.26.15 PM | VA2146447 | 2019-04-10 |
| twitter.com/SixtUSA | cadillac_15escaladeesv4a_angularfront | CIF-RCI_Sixt_Screen Shot 2020-02-13 at 6.26.50 PM | VA2146447 | 2019-04-10 |
| twitter.com/SixtUSA | cadillac_16ctsluxurysa3a_angularfront | CIF-RCI_Sixt_Screen Shot 2020-02-13 at 6.21.39 PM | VA2146394 | 2019-04-10 |
| twitter.com/SixtUSA | cadillac_16ctsluxurysa3a_angularfront | CIF-RCI_Sixt_Screen Shot 2020-02-13 at 6.24.19 PM | VA2146394 | 2019-04-10 |
| twitter.com/SixtUSA | cadillac_16ctsluxurysa3a_angularfront | CIF-RCI_Sixt_Screen Shot 2020-02-13 at 6.27.31 PM | VA2146394 | 2019-04-10 |
| twitter.com/SixtUSA | hyundai_18accentsesa5a_angularfront | Screen Shot 2020-09-29 at 4.47.26 PM | VA2164962 | 2019-08-02 |
| twitter.com/SixtUSA | mercedes_16g550od1fa_angularfront | CIF-RCI_Sixt_Screen Shot 2020-02-13 at 6.20.45 PM | VA2146394 | 2019-04-10 |
| twitter.com/SixtUSA | mercedes_17e43amg4wdsa5a_angularfront | CIF-RCI_Sixt_Screen Shot 2020-02-13 at 6.19.15 PM | VA2112386 | 2017-09-26 |
| Sixt US Mobile App | buick_13encore1a_angularfront | CIF-RCI_Sixt_IMG_5384 | VA2146435 | 2019-04-10 |
| Sixt US Mobile App | buick_13encore1a_angularfront | CIF-RCI_Sixt_IMG_5385 | VA2146435 | 2019-04-10 |
| Sixt US Mobile App | buick_13encore1a_angularfront | CIF-RCI_Sixt_IMG_5386 | VA2146435 | 2019-04-10 |
| Sixt US Mobile App | cadillac_18xtsluxurysa1fa_angularfront | CIF-RCI_Sixt_IMG_5374 | VA2164962 | 2019-08-02 |
| Sixt US Mobile App | cadillac_18xtsluxurysa1fa_angularfront | CIF-RCI_Sixt_IMG_5375 | VA2164962 | 2019-08-02 |
| Sixt US Mobile App | honda_15fit2a_angularfront | CIF-RCI_Sixt_IMG_5376 | VA2103204 | 2018-05-18 |
| Sixt US Mobile App | honda_15fit2a_angularfront | CIF-RCI_Sixt_IMG_5380 | VA2103204 | 2018-05-18 |
| Sixt US Mobile App | honda_15fit2a_angularfront | CIF-RCI_Sixt_IMG_5381 | VA2103204 | 2018-05-18 |
| Sixt US Mobile App | hyundai_15sonataltd6a_angularfront | CIF-RCI_Sixt_IMG_5398 | VA2103204 | 2018-05-18 |
| Sixt US Mobile App | hyundai_15sonataltd6a_angularfront | CIF-RCI_Sixt_IMG_5399 | VA2103204 | 2018-05-18 |
| Sixt US Mobile App | hyundai_15sonataltd6a_angularfront | CIF-RCI_Sixt_IMG_5400 | VA2103204 | 2018-05-18 |
| Sixt US Mobile App | nissan_12versasvsedan2a_angularfront | CIF-RCI_Sixt_IMG_5389 | VA2103677 | 2018-05-22 |
| Sixt US Mobile App | nissan_12versasvsedan2a_angularfront | CIF-RCI_Sixt_IMG_5390 | VA2103677 | 2018-05-22 |
| Sixt US Mobile App | nissan_12versasvsedan2a_angularfront | CIF-RCI_Sixt_IMG_5391 | VA2103677 | 2018-05-22 |
| Sixt US Mobile App | nissan_13pathfindersl4a_angularfront | CIF-RCI_Sixt_IMG_5392 | VA2103205 | 2018-05-18 |
| Sixt US Mobile App | nissan_13pathfindersl4a_angularfront | CIF-RCI_Sixt_IMG_5393 | VA2103205 | 2018-05-18 |
| Sixt US Mobile App | nissan_13pathfindersl4a_angularfront | CIF-RCI_Sixt_IMG_5394 | VA2103205 | 2018-05-18 |
| Sixt US Mobile App | ram_181500bighorncrew4fa_angularfront | CIF-RCI_Sixt_IMG_5401 | VA2164962 | 2019-08-02 |
| Sixt US Mobile App | ram_181500bighorncrew4fa_angularfront | CIF-RCI_Sixt_IMG_5402 | VA2164962 | 2019-08-02 |
| Sixt US Mobile App | ram_181500bighorncrew4fa_angularfront | CIF-RCI_Sixt_IMG_5403 | VA2164962 | 2019-08-02 |
| Sixt US Mobile App | toyota_12yarisle3door3a_angularfront | CIF-RCI_Sixt_IMG_5395 | VA2103207 | 2018-05-18 |
| Sixt US Mobile App | toyota_12yarisle3door3a_angularfront | CIF-RCI_Sixt_IMG_5396 | VA2103207 | 2018-05-18 |
| Sixt US Mobile App | toyota_12yarisle3door3a_angularfront | CIF-RCI_Sixt_IMG_5397 | VA2103207 | 2018-05-18 |
| Sixt US Mobile App | toyota_16priustwo4a_angularfront | CIF-RCI_Sixt_IMG_5377 | VA2103208 | 2018-05-18 |

Exhibit A

11

| Sixt US Mobile App | toyota_16priustwo4a_angularfront | CIF-RCI_Sixt_IMG_5378 | VA2103208 | 2018-05-18 |
| Sixt US Mobile App | toyota_16priustwo4a_angularfront | CIF-RCI_Sixt_IMG_5379 | VA2103208 | 2018-05-18 |
| shop.id.me | peugeot_12208allurefivedoorhatchback_1b | CIF-RCI_Sixt_Screen Shot 2020-02-13 at 5.30.23 PM | VA2148062 | 2019-04-10 |

Exhibit A

12