**STEPTOE & JOHNSON LLP**
Robyn Crowther (SBN 193840)
*rcrowther@steptoe.com*
Remi Salter (SBN 316327)
*rsalter@steptoe.com*
633 West Fifth Street, Suite 1900
Los Angeles, California 90071-3500
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

Attorneys for Plaintiff IZMO, INC.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Daniel C. DeCarlo (SBN 160307)
*Dan.DeCarlo@lewisbrisbois.com*
633 West Fifth Street, Suite 4000
Los Angeles, California 90071
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendant SIXT RENT A CAR, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IZMO, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIXT RENT A CAR, LLC, <br><br> Defendant. | Case No. 2:20-CV-10693-DDP-AFM <br><br> **STIPULATION FOR DISMISSAL** <br><br> Trial Date: July 19, 2022 |

Plaintiff Izmo, Inc. ("Plaintiff") and Defendant Sixt Rent A Car, LLC ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree that pursuant to the Settlement Agreement between the Parties and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff hereby dismisses its claims against Defendant, with prejudice.

**IT IS SO STIPULATED.**

Dated: March 1, 2022        STEPTOE & JOHNSON LLP

By: */s/ Remi T. Salter*
    Robyn C. Crowther
    Remi T. Salter
Attorneys for Plaintiff IZMO, INC.

Dated: March 1, 2022        LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Daniel C. DeCarlo*
    Daniel C. DeCarlo
Attorney for Defendant SIXT RENT A CAR, LLC

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2), I attest that concurrence in the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

By: */s/ Remi T. Salter*
Remi T. Salter